Leonard R. Berman
9220 SW Barbur Bad., Suite 119 Box 180
Portland, OR 97219
(503) 516-3715
OSB # 96040
Easyrabbi@yahoo.com

<u>ATTORNEY FOR PLAINTIFF</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE  DIVISION

_____
                                                          :
MICHAEL BORTON,                             :        **Case No.: 6-24-CV-204AR**
                                                          :
                                                          :
                                                          :
                    Plaintiff,                        :        PLAINTIFF'S MOTION TO WITHDRAW
          v.                                             :
                                                          :
DELORES MATTEUCCI, Personally,      :
OREGON STATE HOSPITAL,                  :
ADAM GIBLIN, Personally,
PATRICK ALLEN,  Personally,            :
LINDSEY SANDE, RN Personally,       :          :
                                                          :
OREGON HEALTH AUTHORITY,         :
                                                          :
JOHN DOES 1-5, Personally,              :
                                                          :
JANE DOES 1-5, Personally,              :
                                                          :
KAREN BROOKS, M.D., Personally,     :                              :
                                                          :
LAURIE LEWIS, RN, Personally,
DENNIS ALBEE, Personally,
DANIEL PASCUAL, RN, Personally,
                                                          :
                                                          :
                    Defendants.                   :
_____:

                    COMES NOW LEONARD R. BERMAN and makes this  Motion to

1 MOTION TO WITHDRAW

to Withdraw for the reasons set forth in his Declaration.

Dated this 20th day of June,  2024.

Respectfully Submitted,
S//S Leonard R. Berman

_____
LEONARD R. BERMAN, OSB#
96040

2 MOTION TO WITHDRAW