Leonard R. Berman
9220 SW Barbur Bad., Suite 119 Box 180
Portland, OR 97219
(503) 516-3715
OSB # 96040
Easyrabbi@yahoo.com

ATTORNEY FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE  DIVISION

_____   :
                                       :
MICHAEL BORTON,                        :     **Case No.: 6-24-CV-204AR**
                                       :
                                       :
                                       :
                                       :      DECLARATION IN SUPPORT OF
               Plaintiff,              :     PLAINTIFF'S MOTION TO WITHDRAW
       v.                              :
                                       :
DELORES MATTEUCCI, Personally,         :
OREGON STATE HOSPITAL,                 :
ADAM GIBLIN, Personally,
PATRICK ALLEN,  Personally,            :
LINDSEY SANDE, RN Personally,          :        :
                                       :
OREGON HEALTH AUTHORITY,               :
                                       :
JOHN DOES 1-5, Personally,             :
                                       :
JANE DOES 1-5, Personally,             :
                                       :
KAREN BROOKS, M.D., Personally,        :                           :
                                       :
LAURIE LEWIS, RN, Personally,
DENNIS ALBEE, Personally,
DANIEL PASCUAL, RN, Personally,

               Defendants.             :
_____ :

            COMES NOW LEONARD R. BERMAN and makes this

1 DECLARATION

declaration in support of  Plaintiff's  Motion for Entry of An Order

Granting Withdrawal as Counsel.

1.   I am counsel for plaintiff.

2. Plaintiff needs to retain satisfactory counsel or proceed pro se and requests 90 days

    to do so.  His address is 2525 Portland St. #11 Eugene, OR97405.

3.   A conflict of interest has arisen related to communication and cooperation.

4.   A Rule 16 hearing is scheduled for June 25.  Plaintiff's counsel requests guidance

    if he needs to appear.


Dated this 20th day of June,  2024.


Respectfully Submitted,
S//S Leonard R. Berman

_____
LEONARD R. BERMAN, OSB#
96040


2 DECLARATION